■ JOHN KOHILAKIS et al., Appellants, v. THOMAS J. HARWOOD et al., Constituting the Town Board of the Town of Islip et al., Respondents.— In an action for declaratory judgment and incidental injunctive relief, seeking the annulment and restraint of certain actions of the defendants directed toward the establishment in a residential area of a new garbage incinerator plant for the municipality, in pursuance of a referendum approving the same, the plaintiffs appeal: (1) from an order of the Supreme Court, Suffolk County, entered September 9, 1959, granting defendants' motion for summary judgment; and (2) from a judgment entered thereon September 11, 1959, dismissing the complaint. Order and judgment affirmed, without costs, and without prejudice to the rights of the appellants to pursue, if so advised, such other cause of action at law or in equity as they may hereafter possess when the proposed incinerator is constructed and in operation. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ HAROLD N. LEITMAN et al., Appellants, v. CITY OF YONKERS et al., Respondents.— In an action to declare that the City of Yonkers was without power to release or modify restrictive covenants contained in a 1952 deed, and to declare that a resolution adopted on June 10, 1958 by the city's Common Council authorizing such release or modification was void, the plaintiffs appeal from a judgment of the Supreme Court, Westchester County, dated October 27, 1959, dismissing the complaint upon the merits, entered on a decision holding (a) that plaintiffs are without power to maintain this action because the covenant was one exclusively for the benefit of the grantor, and (b) that the resolution of June 10, 1958 may not be challenged by plaintiffs and, in any event, was adopted merely to implement a valid change of zone. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ DOROTHY MALLON, Respondent, v. JOSEPH MALLON, Appellant.— In an action by a wife for a separation, the defendant husband appeals from an order of the Supreme Court, Nassau County, entered July 23, 1959, directing him, pendente lite, to pay plaintiff (1) $40 a week for the support and maintenance of herself and the two children of the marriage; (2) the monthly carrying charges of their home, which is owned by the parties as tenants by the entirety; and (3) a counsel fee of $350. In addition, plaintiff was given the exclusive possession of their home. Order modified by striking from the first and third ordering paragraphs the provision directing defendant to pay alimony at the rate of $40 a week, and by substituting therefor a provision directing defendant to pay alimony at the rate of $30 a week. As so modified, order affirmed, without costs. In our opinion, under all the circumstances, the award of $40 a week was excessive. This action should be tried expeditiously. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY ACARINO, Appellant.— The defendant appeals from an order of the County Court, Kings County, dated July 7, 1959, denying without a hearing his coram nobis application to vacate a judgment entered June 3, 1946 upon a plea of guilty, convicting him of robbery in the second degree. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.